IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| RETA RANDLE,<br><br>*Plaintiff*,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 1:23-CV-191-MJT<br>§<br>§<br>§<br>§<br>§ |

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DKT. 40]**

Plaintiff Reta Randle brought several contractual and extra-contractual claims against Defendant Allstate Fire and Casualty Insurance Company for property damages arising from a home fire. [Dkt. 1]. The District Court referred Plaintiff's Motion for Civil Contempt and Sanctions [Dkts. 35, 36] to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration and disposition. On August 21, 2024, the Magistrate Judge entered a Report and Recommendation [Dkt. 40] in which she recommended that Plaintiff's motion [Dkt. 35] be dismissed as moot, subject to refiling following Defendant's compliance with the Court's order of August 19, 2024. [Dkt. 39]. That order overruled Defendant's objections [Dkt. 26] to the Magistrate Judge's prior discovery order [Dkts. 10, 22] and ordered compliance with said order by August 26, 2024. To date, the parties have not filed objections to the current report.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 40] is ADOPTED.  Plaintiff's Motion for Civil Contempt and Sanctions [Dkt. 35] is DISMISSED as moot, subject to refiling after Defendant's compliance with the Court's order of August 19, 2024.  [Dkt. 39].

**SIGNED this 6th day of September, 2024.**

Michael J. Truncale
United States District Judge